# EXHIBIT A
# State Court Docket Sheet



# Case #2019CI10476

**Name**: STEPHEN VOELTER

**Date Filed** : 5/24/2019

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 150

**Docket Type** : MOTOR VEHICLE ACCIDENT

**Business Name** :

**Style** : STEPHEN VOELTER

**Style (2)** : vs DAIMLER TRUCK NORTH AMERICA LLC ET AL

# Case History

*Currently viewing 1 through 5 of 00005 records*

| Sequence | Date Filed | Description |
| --- | --- | --- |
| S00001 | 5/24/2019 | CITATION<br>DAIMLER TRUCK NORTH AMERICA LLC<br>ISSUED: 5/24/2019 RECEIVED: 5/31/2019<br>EXECUTED: 6/3/2019 RETURNED: 6/4/2019 |
| P00004 | 5/24/2019 | SERVICE ASSIGNED TO CLERK 2 |
| P00003 | 5/24/2019 | JURY FEE PAID |
| P00002 | 5/24/2019 | REQUEST FOR SERVICE AND PROCESS |
| P00001 | 5/24/2019 | PETITION |